**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| NORTHVIEW TOWER CONDOMINIUMS §<br>    *Plaintiff,* §<br>§<br>v. §<br>§ Civil Action No. 1:22-cv-00384<br>§<br>GREAT AMERICAN INSURANCE §<br>COMPANY §<br>    *Defendant.* § | |

**NOTICE OF REMOVAL**

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Great American Insurance Company ("Defendant"), through its undersigned counsel, hereby removes the instant action from the District Court of the State of Texas, Bexar County (the "State Court Action"), to the United States District Court for the Western District of Texas, San Antonio Division.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff Northview Tower Condominiums ("Plaintiff") and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs. The grounds for removal are set forth in more detail below.

**THE STATE COURT ACTION**

1.   On March 21, 2022, Plaintiff filed the State Court Action in the District Court of Bexar County, State of Texas, styled *Northview Tower Condominiums v. Great American Insurance Company*, Case No. 2022CI05177. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant in the State Court Action are attached as

Exhibit 1 (Plaintiff's Original "Petition") and Exhibit 2 ("Citation").

2. Plaintiff's lawsuit arises out of a claim made under its all-risk insurance policy issued by Defendant bearing policy number MAC E568289 00 00 (the "Policy") for hail damage allegedly associated with a May 27, 2020 hail event at the Northview Tower Condominiums, located at 7039 San Pedro Avenue in San Antonio, Texas. Plaintiff alleges breach of contract, violation of Chapter 542 of the Texas Insurance Code, violation of the Texas Deceptive Trade Practices Act, unfair insurance practices, and breach of the duty of good faith and fair dealing. (Ex. 1).

3. Defendant was served with the Citation and Petition on March 31, 2022. (Ex. 2).

4. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after a copy of the initial pleading setting forth the claim for relief upon which this action is based was served upon Defendant.

5. This Notice of Removal is being filed within one (1) year from commencement of the action as required by 28 U.S.C. § 1446(c)(1).

6. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served in the suit are required to join in the Notice of Removal and consent to the removal. There are no other defendants in this action other than Defendant.

7. Pursuant to Fed. R. Civ. P. 81(c)(C), a defendant who did not answer before removal must file an answer within 7 days after the notice of removal is filed. Defendant will timely file an answer within 7 days after the filing of this Notice of Removal.

8. Upon filing the Notice of Removal, Defendant will furnish written notice to Plaintiff's counsel, and will file and serve a copy of this Notice with the Clerk of the District Court of the State of Texas, Bexar County, pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION

### I. Diversity of Citizenship Exists Between Plaintiff and Defendant

9. Plaintiff and Defendant are citizens of different states for purposes of diversity jurisdiction.

10. Plaintiff is a Texas non-profit corporation with its principal place of business in Texas. (Ex. 1, Section I.).

11. Defendant is an Ohio corporation with its principal place of business in Ohio.

12. Based upon the above, Plaintiff is a citizen of the State of Texas, and Defendant is a citizen of the State of Ohio for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332. Accordingly, complete diversity of citizenship exists between the Plaintiff and the Defendant.

### II. The Amount in Controversy Requirement is Satisfied

13. Plaintiff's Petition asserts a right to recover $438,915.45, exclusive of interest, attorneys' fees, and other costs of court. (Ex. 1, Section XI.).

14. Accordingly, the amount in controversy exceeds the $75,000 threshold as set forth in 28 U.S.C. § 1332(a) for this Court to exercise jurisdiction.

### III. Removal is Timely Filed

15. On March 31, 2022, Defendant was served with the Citation and Petition. (Ex. 2). Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within 30 days of service.

### IV. Venue

16. Removal of the Plaintiff's action filed in Bexar County District Court, State of Texas, to the United States District Court for the Western District of Texas, San Antonio

Division, is proper pursuant to 28 U.S.C. § 1441(a) because it sits in this federal judicial district and division.

## CONCLUSION

17. For the foregoing reasons, Defendant Great American Insurance Company respectfully states that this action, previously pending in the District Court of the State of Texas, Bexar County, is properly removed to this Court.

Dated: Houston, Texas
April 25, 2022

MOUND COTTON WOLLAN & GREENGRASS LLP

By: **/s/ Stephanie R. Tippit**
Stephanie R. Tippit
Texas Bar No.: 24052969
Andrea A. Ortiz
Texas Bar No.: 24105908
Taylor M. Saris*
Texas Bar No.: 24121818
3 Greenway Plaza, Suite 1300
Houston, Texas 77046
281-572-8350
stippit@moundcotton.com
aortiz@moundcotton.com
tsaris@moundcotton.com

*admission to WDTX pending

*Counsel for Defendant,
Great American Insurance Company*

## CERTIFICATE OF SERVICE

    I certify that on April 25, 2022 a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system, electronic mail, and/or facsimile transmission.

| PARTY | COUNSEL |
|---|---|
| Plaintiff Northview Tower Condominiums | Loree & Lipscomb<br>777 East Sonterra Blvd., Suite 320<br>San Antonio, Texas 75258<br>Telephone: 210-404-1320<br>Fax: 210-404-1310<br>Robert W. Loree<br>Texas Bar No.: 12579200<br>Stephen Fields<br>Texas Bar No.: 24096598<br>rob@lhllawfirm.com<br>Stephen@lhllawfirm.com |

    */s/ Stephanie R. Tippit*

    Stephanie R. Tippit